# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOISES NUNEZ-RUIZ,<br><br>Defendant. | 1:07-CR-133 JCM (LRL)<br><br>Date:     N/A<br>Time:    N/A |

## ORDER

Presently before the court are the report and recommendations (#20) of United States Magistrate Judge Leavitt, denying plaintiff's motion to dismiss indictment (#15).

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. No objections were filed.

Upon review of the magistrate judge's findings and recommendations (#20) and there being no objections filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Leavitt's report and recommendations (#20) are AFFIRMED in their entirety.

DATED this 26th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**